JAMES McGOWAN, Appellant, *v.* THE NEW YORK CON-
TRACTING COMPANY — PENNSYLVANIA TERMINAL,
Respondent.

*McGowan v. N. Y. Contracting Co. — Penn. Terminal,* 157 App. Div. 913, affirmed.

(Argued May 3, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer, in that it failed to have made a proper inspection, after a blast, for unexploded dynamite.

*John Brooks Leavitt* and *John B. Pine* for appellant.

*John Conway Toole* and *James A. Deering* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, CARDOZO and SEABURY, JJ. Not sitting: MILLER, J.